UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALSTON, AS A TRUSTEE, ETC.
                                    Plaintiff(s),

                    -v-                                              USDC SDNY
                                                                     DOCUMENT
WALL STREET GARAGE                                                   ELECTRONICALLY FILED
PARKING CORP.,                                                       DOC #: _____
                                    Defendant(s).                    DATE FILED: 3/14/08
------------------------------------------------------------X

Case Management Plan

08 cv 1231 (RMB)(THK)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by  APRIL 14, 2008

(ii)   Amend the pleadings by  APRIL 14, 2008

(iii)  All discovery to be **expeditiously** completed by  ~~September 12,~~ JULY 14, 2008  RMB

(iv)   Consent to Proceed before Magistrate Judge  NO

(v)    Status of settlement discussions  ONGOING w/th Principals on 7/16/08 @ 9:15 AM

Sections vi through xi will be set at conference with the Court.

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____


SO ORDERED: New York, New York
            3/14/08

                                                                    RMB
                                                            _____
                                                            Hon. Richard M. Berman, U.S.D.J.