Maurice H. Blum (JD-3212)
Attorney for Defendant
433 Prospect Avenue
Staten Island, New York 10301
212-246-9800
212-246-0635 Fax
mhblum1@verizon.net


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FRED ALSTON, as Trustee of THE LOCAL 272          :
LABOR MANAGEMENT FUND; FRED ALSTON,               :
as a Trustee of THE LOCAL 272 WELFARE FUND,       :          Civil Action No.
                                                  :          08civ01231(RMB)
                          Plaintiffs,             :
                                                  :          **ANSWER**
            - against -                           :

WALL STREET GARAGE PARKING CORP.,
                                                  :
                          Defendant.              :
------------------------------------------------------------------------X

  Defendant BEACON 76TH STREET GARAGE CORP. ("GARAGE"), by way of an Answer

to the Complaint of plaintiff FRED ALSTON, as Trustee of THE LOCAL 272                :

LABOR MANAGEMENT FUND; FRED ALSTON, as a Trustee of THE LOCAL 272 WELFARE

FUND ("UNION") says:

### FIRST COUNT

  1. It denies so much of the allegations contained in Par. 1 of Complaint which allege that the

plaintiff commenced this action to enforce obligations of defendant to the subject plans, and for interest

additional interest. Reasonable attorney's fees and costs of action, and admits the remainder thereof.

  2. It admits the allegations contained in Pars. 4, 5, 6,7, 8,9,and 10 of the Complaint.

  3. It denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Pars. 2, 3, and 11 of the Complaint.

4. It denies each and every allegation contained in Pars. 13 and 15 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

5. The Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

6. Plaintiff's claims are barred by the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE

7. Plaintiff's claims are barred due to fraud by the plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

8. That at all times mentioned in the Complaint, defendant GARAGE complied with the terms of the UNION plans and made the required contributions and payments thereto based on the number of employees Garage employed, which contributions UNION duly accepted.

9. The plaintiff's claims in this action lack merit and was instituted solely to extort additional monies from the defendant which are unjustifiable under the terms of the UNION agreements.

WHEREFORE, defendant BEACON 76TH STREET GARAGE CORP. demands judgment in its favor and against plaintiff FRED ALSTON, as Trustee of THE LOCAL 272 LABOR MANAGEMENT FUND; FRED ALSTON, as a Trustee of THE LOCAL 272 WELFARE FUND dismissing the Complaint with prejudice, together with attorney fees, the costs of defending this action and for such other and further relief as this Court deems appropriate.

Dated: March 31, 2008

_____
Maurice H. Blum (JD-3212)
Attorney for Defendant
433 Prospect Avenue
Staten Island, New York 10301
212-246-9800
212-246-0635 Fax
mhblum1@verizon.net

C:\Documents and Settings\MHB\Desktop\wpdocs\Law\8205\ANSWER.wpd

## JURY DEMAND

Defendant hereby demands a trial by jury of all issues so triable herein.

Dated: March 31, 2008

                                                                                             _____

                                                                                             Maurice H. Blum (JD-3212)
Attorney for Defendant
433 Prospect Avenue
Staten Island, New York 10301
212-246-9800
212-246-0635 Fax
mhblum1@verizon.net

C:\Documents and Settings\MHB\Desktop\wpdocs\Law\8205\jURYdEMAND033108.wpd

Maurice H. Blum (JD-3212)
Attorney for Defendant
433 Prospect Avenue
Staten Island, New York 10301
212-246-9800
212-246-0635 Fax
mhblum1@verizon.net

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
FRED ALSTON, as Trustee of THE LOCAL 272       :
LABOR MANAGEMENT FUND; FRED ALSTON,            :
as a Trustee of THE LOCAL 272 WELFARE FUND.    :          Civil Action No.
                                               :          08civ001231(RMB)
                    Plaintiffs,                :
                                               :          PROOF OF SERVICE
            - against -                        :
                                               :
WALL STREET GARAGE PARKING CORP.,              :
                                               :
                    Defendant.                 :
-----------------------------------------------------------------------X

      The undersigned hereby certifies and declares under penalty of perjury that on this date, a true copy of Defendants Answer with Jury Demand was served by First Class mail and email addressed to the following:

Jeffrey S. Dubin, Esq.
Attorney for Plaintiff
464 New York Avenue, Suite 100
Huntington, New York 11743
and
dubinjs@cs.com

      I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: April 1, 2008

                                                                       _____
                                                                         Maurice H. Blum (JD-3212)
                                                                         Attorney for Defendant