# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

FRED ALSTON, as trustee oif THE LOCAL 272 LABOR MANAGEMENT FUNDL
FRED ALSTON, as a trustee of THE LOCAL 272 WELFARE FUND

Plaintiff,

-v-

WALL STREET GARAGE PARKING CORP.

Defendant.

Case No. 08civ1231(RMB)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

WALL STREET GARAGE PARKING CORP.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** APRIL 1, 2008

Signature of Attorney

**Attorney Bar Code:** MB-3212

Form Rule7_1.pdf  SDNY Web 10/2007