UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ALSTON, et al.                                   :
                                                 :
                               Plaintiffs        :   08 Civ. 1231 (RMB)
                                                 :
           - against -                           :
                                                 :   **ADMINISTRATIVE ORDER**
WALL STREET GARAGE PARKING CORP.,                :
                                                 :
                               Defendant.        :
------------------------------------------------------------------x

      The parties are hereby directed to engage in good faith settlement negotiations and to jointly report to the Court on the status of such negotiations by phone (in lieu of appearing in person) on July 16, 2008 at 9:00 a.m.

      The Court will establish a conference call by calling the parties shortly before 9:00 a.m. The parties are directed to provide the Court with updated phone numbers for counsel and principals by Tuesday, July 15, 2008 (noon).

**SO ORDERED**.

Dated: New York, New York
       July 14, 2008

                                                      Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08