

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALSTON, et al.,

                            Plaintiffs             08 Civ. 1231 (RMB)

        - against -

                                                    **ADMINISTRATIVE ORDER**

WALL STREET GARAGE PARKING CORP.,

                            Defendant.
------------------------------------------------------------x

       The parties having appeared by phone before the Court on July 16, 2008, the Court directs the following in advance of the trial scheduled for September 4, 2008 at 11:00 a.m.:

1) The parties shall submit a Joint Pre-trial Order on or before August 11, 2008.

2) Plaintiffs and Defendant shall each submit the direct testimony of each of their respective witnesses in affidavit form (up to 10 pages, double-spaced) on or before August 11, 2008.

3) Plaintiffs and Defendant shall each submit Proposed Findings of Fact and Conclusions of Law on or before August 11, 2008.

4) Plaintiffs and Defendant shall each submit a chart indicating the amount of time for (live) cross-examination and re-direct of each witness on or before August 11, 2008.

5) A final pre-trial conference is set for August 20, 2008 at 10:30 a.m.

6) **The parties are advised that the Court will not "so order" any stipulation of settlement after August 20, 2008.**

7) The bench trial is set for September 4, 2008 at 11:00 a.m.

**SO ORDERED**.

Dated: New York, New York
       July 16, 2008

                                                                                          **Richard M. Berman, U.S.D.J.**