LAW OFFICE OF

JEFFREY S. DUBIN

464 NEW YORK AVENUE
SUITE 100
HUNTINGTON, NY 11743

COURTESY COPY

TELEPHONE
(631) 351-0300

TELECOPIER
(631) 351-1900

INTERNET:
dubinjs@cs.com

July 31, 2008
VIA FED EX

RECEIVED
AUG 01 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

**Re:**   ALSTON, et. al. v. WALL STREET GARAGE PARKING CORP.
       Civil Action No.: 08cv01231(RMB)(THK)

Dear Sir or Madam:

Enclosed please find a Settlement Stipulation and Order, signed by the attorneys for all the parties. Please refer the Stipulation to the Hon. Richard M. Berman

In view of the settlement, both parties request that the Final Pretrial Conference scheduled for August 20, 2008 at 10:30 a.m. and Trial set for September 4, 2008 be canceled.

Very truly yours,

Jeffrey S. Dubin

enclosure

cc:   Chambers of Hon. Richard M. Berman ✓
      (w/ enclosures)

      Chambers of Hon. Theodore H. Katz (w/ enclosures)

      Maurice H. Blum, Esq. (w/ enclosures)

Application granted.

SO ORDERED:
Date: 8/1/08

Richard M. Berman, U.S.D.J.

DOC #:
DATE FILED: 8/1/08